# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 08-3909

_____

United States of America,      *
                               *

           Appellee,          *

                                  *    Appeal from the United States

     v.                             *    District Court for the

                                  *    Eastern District of Missouri.

Trent L. Williams,                  *

                                  *       [UNPUBLISHED]

           Appellant.         *

_____

Submitted: August 5, 2009
Filed: August 6, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Trent Williams appeals the 18-month sentence the district court[1] imposed upon revoking his supervised release. We conclude that the sentence is not unreasonable. See United States v. Nelson, 453 F.3d 1004, 1006 (8th Cir. 2006) (holding revocation sentences are reviewed for reasonableness in relation to, inter alia, the advisory Guidelines range and certain 18 U.S.C. § 3553(a) factors). First, the sentence was within the statutory limits. See 21 U.S.C. § 841(b)(1)(B) (maximum prison term of 40 years for possessing cocaine base with intent to distribute); 18 U.S.C. § 924(c)(1)

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

(1991) (prison term of 5 years for using firearm during and in relation to drug-trafficking crime); 18 U.S.C. § 3559(a) (felony is Class B if maximum prison term is 25 years or more, and Class D if less than 10 years but 5 or more years), § 3583(e)(3) (maximum prison term upon revocation of supervised release is 3 years for Class B felony and 2 years for Class D felony).  Second, the sentence resulted from the district court's proper consideration of relevant factors, including the commission of a felony drug offense while on supervised release, and the recommended Guidelines imprisonment range of 12-18 months under U.S.S.G. § 7B1.4(a) (policy statement).  See 18 U.S.C. § 3583(e) (specifying § 3553(a) factors courts must consider in revocation decision); United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (deciding a court need not list every factor, but the record must show the court considered relevant matters and stated some reason for its decision).

We affirm the judgment.  We also grant counsel's motion to withdraw.

_____